AO 91 (Rev. 01/09)   Criminal Complaint

**Eastern District of Kentucky**
**FILED**

Mar 9, 2009

**JAMES B. TODD**
**U.S. MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Eastern District of Kentucky
FILED

MAR 09 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

United States of America
v.
Robert H. Barnett

_Defendant_

)
)
)  Case No.  09- 5055m
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   03/05/2009   in the county of   Montgomery   in the   Eastern   District of

Kentucky   , the defendant violated   18   U. S. C. §   1958   , an offense described as follows:

Traveling in or causing another to travel in interstate or foreign commerce, or using or causing another to use the mail or any facility of interstate or foreign commerce, with intent that a murder be committed in violation of the laws of any State or the United States as consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value.

AND 18 U.S.C. § 922(o), Unlawfully transferring or possessing a machinegun.

AND 18 U.S.C. § 924(c), Possessing a machinegun in furtherance of a crime of violence.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

JESSE R. HOOKER, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 9, 2009

_Judge's signature_

City and state:   Lexington, Ky

JAMES B. TODD, MAGISTRATE JUDGE
_Printed name and title_