U.S. D_____ of Justice
Bureau o_____ol, Tobacco, Firearms and Explosives

**Court Certificate Qualification Cover Sheet**



## United States of America

Date:

MAY 21, 2010

**To whom it may concern**

This is to certify that

**DENISE BROWN**
**ATF, SPECIALIST**

Bureau of Alcohol, Tobacco, Firearms and Explosives, Department of Justice, Washington, D.C., has custody and control of the National Firearms Registration and Transfer Record showing the registration, as well as the manufacture, importation, making and transfer of firearms, as required under the National Firearms Act, 26 U.S.C. Chapter 53; that I am familiar with the above person's signature; and that I have examined the signature which appears on the attached statement and find it to be that person's true signature.

**In witness whereof,**
I have hereunto set my hand, and caused the seal of the Department of Justice to be affixed, on the day and year appearing above.

By direction of the Attorney General of the United States



PETER J. BUONOCORE
ACTING CHIEF, NATIONAL FIREARMS ACT BRANCH



GOVERNMENT
EXHIBIT

32

LEX. 09-67-KSF

ATF Form 5320.14
Revised July 2003

Bureau of Alcohol, ~~~~~~, ~~~~~~~, ~~~~

Record Search Certificate



## United States of America

To whom it may concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, United States Code) provides that the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. That central registry is known as the National Firearms Registration and Transfer Record and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington, D.C.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

I further certify that, after diligent search of the said Record, I found no evidence that the firearm or firearms described below are registered to, or have been acquired by lawful manufacture, importation, or making by, or transfer to

### ROBERT HERALD BARNETT

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (Inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| **Any Firearms** | | | | | | |

8. Additional Information Pertaining To Firearm(s)

| 9. Date | 10. Signature and Title of Certifying Officer |
|---|---|
| **MAY 21, 2010** | *Denise Brown*<br>**DENISE BROWN, ATF SPECIALIST** |

ATF Form 5320.15
Revised July 2003