UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Crim. No. 5:09-cr-67-KKC-CJS** |
| | **Civ. No. 5:22-cv-232-KKC-CJS** |
| **Plaintiff,** | |
| v. | **OPINION AND ORDER** |
| **ROBERT HERALD BARNETT,** | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Robert Barnett's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (DE 272), and Magistrate Judge Candace J. Smith's report and recommendation (DE 310).

In his motion, Barnett presents multiple claims for relief. (DE 272.) Among those claims, Barnett asserts that he received ineffective assistance of counsel at his 2020 resentencing. In its response, the government "concedes that Robert Herald Barnett's prior attorney provided ineffective assistance during Barnett's 2020 resentencing hearing" and submits that "this Court should grant Barnett's motion to vacate under 28 U.S.C. § 2255 and should resentence[] him to time served." (DE 306 at Page ID# 2673.) Magistrate Judge Smith then reviewed the merits of Barnett's ineffective assistance of counsel claim and agreed with the parties' conclusion. As such, Magistrate Judge Smith recommends that the Court enter an amended judgment, resentencing Barnett to time served. (DE 310 at 7.)

Pursuant to the Federal Magistrates Act of 1968, as amended, a party wishing to object to a magistrate judge's proposed findings and recommendations is required to file such objections within fourteen (14) days after being served with such. 28 U.S.C § 636(b)(1)(C). The objection period has run in this case, and no party has filed any objections to Magistrate Judge Smith's recommendations. Thus, the Court concurs in the result recommended by Magistrate Judge Smith. *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). As such, the Court hereby ORDERS that

(1) Barnett's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 272) is GRANTED;

(2) Magistrate Judge Smith's report and recommendation (DE 310) is ADOPTED as the Court's opinion;

(3) The Amended Judgment (DE 239) SHALL be VACATED as to Count 2; and

(4) The United States Probation Office SHALL prepare and enter another Amended Judgment which resentences Barnett to time served with no changes to his existing term and conditions of supervised release.

This 19th day of August, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY